IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL NO. 3:14-cr-75 |
| | ) | |
| v. | ) | **INFORMATION** |
| | ) | |
| JOHNA LOREEN VANDEMORE, | ) | T. 18 U.S.C. § 1341 |
| a/k/a Johna Volger and | ) | |
| Johna Ratliff, | ) | |
| | ) | |
| Defendant. | ) | |

**THE UNITED STATES ATTORNEY CHARGES:**

**COUNT 1**
**(Mail Fraud)**

1. From no later than August 2007 and continuing until on or about October 1, 2013, the defendant, JOHNA LOREEN VANDEMORE, also known as Johna Volger and Johna Ratliff, devised a scheme and artifice to defraud and to obtain money from the victim, T.K., by means of material false and fraudulent pretenses and representations in that the defendant knowingly misrepresented that she was pregnant and had given birth to T.K.'s child for the purpose of obtaining child support payments from T.K. when the defendant well knew that she was not pregnant and had not given birth to T.K.'s child.

2. It was part of the scheme and artifice to defraud that the defendant refused to seek a blood test to confirm T.K.'s paternity of the fictional child. The defendant told T.K. that if she were required to provide the results of a blood test, she would file a child support claim in court which would result in T.K. being ordered to pay a significant percentage of his income to the defendant. It was part of the scheme and artifice that the defendant persuaded T.K. to provide her with monthly payments of $1000 as an alternative to court ordered child support.

1

3.     It was further part of the scheme and artifice to defraud that the defendant sent T.K. a doctored birth certificate that was purportedly the birth certificate of his child.

4.     It was further part of the scheme and artifice to defraud that the defendant sent T.K. pictures of the defendant's cousin's daughter and falsely represented the pictures to be of the child that T.K. had fathered.

5.     It was further part of the scheme and artifice to defraud that the defendant requested additional money from T.K. at holidays and near the birthday of the fictional child.

6.     On or about September 4, 2010, in the Southern District of Iowa, for the purpose of executing or attempting to execute the above-described scheme and artifice to defraud and deprive, the defendant knowingly took and received from an authorized depository for mail the following matter: check #6166 in the amount of $1000 made payable to the defendant.

This is a violation of Title 18, United States Code, Section 1341.

Nicholas A. Klinefeldt
United States Attorney


By: */s/ Richard D. Westphal*
Richard D. Westphal
Assistant United States Attorney